HOLDER, Justice,
concurring.
I concur in the majority’s decision to remand this case to the trial court for a determination as to the extent of the worker’s vocational disability attributable to the worker’s subsequent physical and mental disabilities. I continue to adhere to my dissent in Bomely v. Mid-America Corp., 970 S.W.2d 929 (Tenn.1998), in which I concluded that Tenn.Code Ann. § 50-6-208(a) is applicable when there is a subsequent Injury and the employee is rendered permanently and total *918 ly disabled. Subsection (b), however, should apply only when the employee is still able to earn a wage or be gainfully employed but has received compensable vocational disabilities that exceed 100 percent or 400 weeks of compensation.